UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

JUN 06 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

L.B. JOSEPH
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

CHICAGO POLICE DEPARTMENT
3510 S. MICHIGAN AVE.
CHICAGO IL, 60653   (AND)

19TH DISTRICT POLICE DEPARTMENT
2452 W. BELMONT AVE.
CHICAGO, IL 60618

Case No. 1:16-cv-5949
Judge Marvin E. Aspen
Magistrate Judge Susan E. Cox
PC7

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

__X__  COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____  OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

   A. Name: L.B. JOSEPH

   B. List all aliases: N/A

   C. Prisoner identification number: 20140928082

   D. Place of present confinement: Cook County Jail

   E. Address: Cook County Jail, 2600 S. California P.O. Box 089002 Chicago IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Chicago Police Department

   Title: City of Chicago Police Department

   Place of Employment: 3510 S. Michigan Ave. Chicago IL, 60653

   B. Defendant: 19th District Police Department

   Title: City of Chicago Police Department

   Place of Employment: 2452 W. Belmont Ave. Chicago, IL 60618

   C. Defendant: City of Chicago

   Title:

   Place of Employment:

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: **NONE OTHER THAN THIS ONE (THIS IS MY ONLY CIVIL SUIT)**

    B. Approximate date of filing lawsuit: **N/A**

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: **N/A**

    D. List all defendants: **N/A**

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): **N/A**

    F. Name of judge to whom case was assigned: **N/A**

    G. Basic claim made: **N/A**

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): **N/A**

    I. Approximate date of disposition: **N/A**

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

THE FACTS OF MY CASE ARE THE CHICAGO POLICE DEPARTMENT KICKING MY DOOR IN ILLEGALLY. AND ARRESTING ME UNLAWFULLY FOR A CASE I DID NOT DO AND NOT FOLLOWING POLICE PRECEDURE. THE ATTACHED EXTRA SHEETS ARE ACTUAL MOTIONS (A 10-PAGE MOTION) THAT IS FILED IN THE HONORABLE JUDGE PORTER'S COURTROOM. ALSO STAMPED IN UNITED STATES SUPREME COURT WASHINGTON D.C. WHO MAILED ME LETTER STATING ALL FACTS AND DOCUMENTATION IS CORRECT AND LEGAL. BOTH THESE COURT SEALS AND THE MOTION SHOULD SERVE AS PROOF OF MY CLAIMS OF CHICAGO POLICE MISCONDUCT.

THERE WAS NO SEARCH WARRANT OR INVESTIGATIVE ALERT. AND NO PROBABLE CAUSE. POLICE PUT A GUN TO MY CHILDRENS HEAD AND YELLED FOUL LANGUAGE AND SLURS. LANGUAGE INAPPROPRIATE FOR CHILDREN AND CERTAINLY NOT SUITABLE FOR THIS LEGAL DOCUMENTATION. THE CHICAGO POLICE ALSO DENIED ME MY MIRANDA RIGHTS AND MY RIGHT TO LEGAL COUNSEL. EVEN THOUGH I ASKED PLENTY OF TIMES FOR A LAWYER I WAS DENIED ONE. I ALSO ASKED TO USE THE WASHROOM YET THEY DID NOT LET ME. I WAS FORCED TO TAKE A NO1 AND NO2

In the interrogation room on camera. Finally for something I did not do me and my kids are still trumatize to this day about events and included in my motion are document from OPR who opened an investigation against the arresting officers.

The use of ~~jail~~ no probable cause for arrest is a cause of action against the City of Chicago and the arresting officers for violation of his/her civil rights under 42 USC 1983 As it stands, ~~this~~ no investigative alert or search warrant is a violation of the state constitution (Article I, Section 6) and Federal Constitution (4th Amendment). Also denial of the right to legal counsel is a violation of the Federal Constitution (6th Amendment).

These hasty malicious actions went against police protocol and disrespected me and my family.

(Please send a copy of all documents to plantiffs house)

↓ L.B. Joseph ↓     If any questions call plantiffs
2537 N. Haisted       Mother (678)596-2177
Chicago IL, 60614

(Requests a copy sent to plantiffs house)     Thank you
(As well as Cook County Jail)

STATE OF ILLINOIS )
) SS.
COUNTY OF C O O K )

RECEIVED
MAR 15 2016
OFFICE OF THE CLERK
SUPREME COURT, U.S.

FILED
Judge Dennis Porter #1512
DEC 08 2015
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT--CRIMINAL DIVISION

THE PEOPLE OF THE STATE OF ILLINOIS,   )
)
PLAINTIFF,   )
)
VS.   )   CASE NUMBER 14CR19077-78
)
L.B. Joseph   Leon'Do Joseph   )   JUDGE Dennis Porter
)   _____
)   PRESIDING JUDGE
DEFENDANT.   )

Motion To Dismiss For Violation Of The 4th
Amendment And No Probable Cause. Violation
Of The Illinois Constitution. Also Qui
Jure Suo Utitur Neminem Facit Injuriam.

Motion Continued Motion To Dismiss For Violation of the 4th Amendment, etc.    2

Now comes the Defendant Pro-Se L.B. Joseph who seeks this Honorable Court to grant Motion to Dismiss for Violation of the 4th Amendment and the Illinois Constitution, No Probable Cause. Qui Jure Suo Utitur Neminem Facit Injuriam. Pursuant to 725 ILCS 5/114-1. This motion can also be called a McCarthy Motion in certain courts. This motion is designed to mirror a motion to quash arrest and suppress evidence, based on violation of the Fourth Amendment and the Illinois Constitution. This motion is designed to show when law enforcement acts against police procedure and protocol against the rights of citizens to be free from unreasonable unlawful malious intrusion.

The Fourth Amendment dates back to 1791. Which clearly states the right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated; and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

The State of Illinois has had four constitutions. The first was adopted in 1818, the year of admission to statehood, the second in 1848, the third in 1870, and the fourth in 1970. The 1970 Illinois Constitution, adopted by the Sixth Illinois Constitutional Convention on September 3, 1970, was ratified by the people on December 15, 1970. It became effective on July 1, 1971, except as provided in the schedules. The new constitution represents the first major comprehensive revision in Illinois' organic law in 100 years.

MOTION CONTINUED <u>MOTION TO DISMISS FOR VIOLATION OF THE 4TH AMENDMENT, ETC</u> 3

Although the new Constitution is progressively designed to meet the needs of the 20th and 21st centuries, it is a stable and permanent instrument, deeply rooted in Illinois history. It is often said that the Constitution is "the lifeblood of our American justice system" and that no one is above the law.

On September 25, 2014 Defendant had just returned home from out of state. Defendant had just landed a new city job and scholarship at the Deans office. Defendant had just read his two children a bedtime story in the living room of his apartment. Defendant was not in Chicago for more than an hour when Defendants door was kicked in illegaly by Detective Dimeo. Defendants kids where screaming and started to cry. Detective rushed in and pushed Defendants face on the ground. Detective yelled racial slurs and foul language while this took place. Defendants mother screamed "Where is your warrant? What are you doing here? Why is your language so filthy? Cant you see there are children present."
Detectives only response was "I'm the police I can do whatever I bleeping want. Defendants mother had to hold his crying children as they reached out to there poor defenseless father. This violated the 4th Amendment of the United States Constitution. Detective then drugged Defendant out of his home to the 19th District police precenct Belmont and Western. Detective then proceeded to illegaly interrogate Defendant. Defendant told Detective he wanted a lawyer present yet Detective denied it. This violated other Amendments in the Bill of Rights in Constitutional law.

MOTION CONTINUED MOTION TO DISMISS FOR VIOLATION OF THE 4TH AMENDMENT, ETC.   4

THIS WAS A VIOLATION OF THE SIXTH AMENDMENT, THE RIGHT TO ASSISTANCE OF COUNSEL. DETECTIVE DID NOT READ DEFENDANT MIRANDA RIGHTS AT ALL AND CONTINUED TO INTERROGATE HIM MALICIOUSLY. THIS WAS A VIOLATION OF MIRANDA WARNING. REF TO MIRANDA V. ARIZONA 384 U.S. 436 (1966) GENERAL RULE THAT UNWARNED STATEMENTS OF THE DEFENDANT MAY NOT BE USED AS EVIDENCE IN THE PROSECUTIONS CASE-IN-CHIEF. REQUIRES AS A PRELUDE TO CUSTODIAL INTERROGATION THAT THE SUSPECT BE ADVISED OF HIS/HER RIGHTS.

    DEFENDANT ASKED DETECTIVE TO USE THE WASHROOM BUT DETECTIVE REFUSED. DEFENDANT HELD OUT AS LONG AS HE COULD UNTIL DEFENDANT WAS FORCED TO TAKE A No.1 AND No.2 IN INTERROGATION ROOM. DETECTIVE THEN CHARGED DEFENDANT WITH CRIME HE DID NOT COMMIT. THE ABOVE PREJUDICE NOT ONLY VIOLATED THE 14TH AMENDMENT, BUT ALL OF IT BUILDS TO "FRUIT OF A POISONOUS TREE" DOCTRINE AND CONNECTION BETWEEN ILLEGAL ARREST, DEFAMATION OF CHARACTER, AND HASTY MALICIOUS OPPRESIVE PERSECUTION. DETECTIVE WAS ALSO THE ONLY PERSON PRESENT AT GRAND JURY PROCEEDINGS IN WHICH HE LIED UNDER OATH COMMITING PERJURY.

    PERJURY 720 ILCS 5/32-2, SEC. 32-2 A PERSON COMMITS PERJURY WHEN, UNDER OATH OR AFFIRMATION, IN A PROCEEDING OR IN ANY MATTER WHERE BY LAW THE OATH OR AFFIRMATION, IS REQUIRED HE OR SHE MAKES A FALSE STATEMENT. DETECTIVE COMMITED PERJURY TO SUCH AN EXTENT HE LIED ABOUT THERE BEING A KNIFE PRESENT ON pg 5 OF GRAND JURY TRANSCRIPTS YET ENTIRE CASE MADE NO MENTION OF ONE. DEFENDANT SEEKS TO CHALLENGE THE CREDIBILITY OF WITNESS DETECTIVE DIMEO BECAUSE ARRESTING OFFICERS CREDIBILITY IS MANIFESTLY ERRONEOUS. ALSO FOR VIOLATING THE 4TH AMENDMENT AND ILLINOIS CONSTITUTION.

MOTION CONTINUED  Motion To Dismiss For violation of The 4th Amendment, ETC   5

In Chapter 28 of Criminal Defense Techniques, McDonald vs United States Justice Douglas Said And I quote "Police Acting On There own cannot be Trusted." This Motion Proves Detective Acted Against police procedure and Protocol Against The Rights Of Citizens To Be Free From Unreasonable unlawful Malious Intrusion.

→ The U.S. Supreme Court Has Never Sustained, Against Fourth Amendment Challenge, The Involuntary Removal of A Suspect From His or Her Home To A police Station And His or Her Detention There For Investigative Purposes, Without Probable Cause or A Warrant Has Always Been Illegal. Included In This Motion Is A Copy Of The Chicago Police Department - Arrest Report, That Proves That There Was No Warrant Identified Nor Was There An Investigative Alert And Defendant Was Clear System And Leads Response. This Proves That Not Only Was There No Probable Cause But Also A violation Of The 4th Amendment. Since Then Detectives Malious Actions Have Been Reported To O.P.R. Otherwise Known As The police Who police The police. On October 19, 2015 The Independant Police Review Authority Put Detective Under Investigation In Internal Affairs. On November 4, 2015 Sgt J. Hermann Caught Wind Of Detectives Illegal Actions And Personally Mailed Defendant One Week After. The letter A Representative Came Out To Speak To Defendant. He Told Defendant That The Detective Acted Improperly And All Of It Was Completely Illegal. He Documented All Information In A Profile Designed For Internal Affairs Division And Told Defendant To Feel Free To Use Any Documentation Mailed As Evidence For Case.

MOTION CONTINUED MOTION TO DISMISS FOR VIOLATION OF THE 4TH AMENDMENT, ETC 6

THERE IS A COPY OF ALL DATED REPORTED INFORMATION THAT PROVES THAT NOT ONLY DEFENDANT BUT ALSO OTHERS BELIEVE THAT DETECTIVE ACTED AGAINST PROTOCOL AND VIOLATED THE 4TH AMENDMENT OF THE UNITED STATES CONSTITUTION.

A WARRANTLESS ARREST IS ILLEGAL AND UNLAWFUL, AND ANY INFORMATION OBTAINED AS A RESULT OF EXPLOITATION OF UNLAWFUL ARREST, IS HELD INADMISSIBLE AS "FRUIT OF POISONOUS TREE." INDICTMENTS CONTAINING PERJURY SHOULD BE DISMISSED UPON INFORMATION IN THE FORM OF A PRE-TRIAL MOTION, SEE KAMISAR, LAFAVE, AND ISRAEL, MODERN CRIMINAL PROCEDURE 1049 (5TH ED. 1980).

IN CONCLUSION WE CAN ASCERTAIN FROM MOTION AND ATTACHED LEGAL DOCUMENTS THAT DETECTIVE ACTED AGAINST POLICE PROTOCOL. HE MALICIOUSLY ARRESTED DEFENDANT ILLEGALLY VIOLATING 4TH AMENDMENT OF ILLINOIS CONSTITUTION AND HAD NO PROBABLE CAUSE.

WHEREFORE, THE DEFENDANT REQUESTS THAT THIS HONORABLE COURT GRANTS THIS MOTION TO DISMISS FOR VIOLATION OF THE 4TH AMENDMENT VIOLATION OF THE ILLINOIS CONSTITUTION AND NO PROBABLE CAUSE. ALSO FOR QUI JURE SUO UTITUR NEMINEM FACIT INJURIAM, IN LAW TERMS THAT MEANS HE WHO EXERCISES HIS LEGAL RIGHTS HARMS NO ONE.

RESPECTFULLY SUBMITTED,

# SWORN AFFIDAVIT FOR COMPLAINT LOG INVESTIGATION
## CHICAGO POLICE DEPARTMENT

STATE OF ILLINOIS )
) CC
COUNTY OF COOK )

| Location of Incident 2537 N. HALSTED | Date 9-25-14 | Time 9:30 |

**Summary of Statement(s):**

DEAR SGT. J. HERMANN I AM L.B. JOSEPH A MIXED RACE HALF BLACK, HALF LATINO MALE REPORTING DETECTIVE MARK DIMEO STAR # 20584. ON SEPT 25, 2014 I JUST MADE IT BACK IN TOWN FROM A JOB INTERVIEW AND NEW SCHOLARSHIP AT THE DEANS OFFICE. I WASNT IN CHICAGO MORE THAN AN HOUR WHEN I HAD MY DOOR KICKED IN BY DETECTIVE DIMEO. MY KIDS WERE SCREAMING AS HE PUSH MY FACE TO THE GROUND AND HANDCUFFED ME. MY MOTHER SCREAMED WHERE IS YOUR WARRANT AND HE YELLED I'M THE POLICE I CAN DO WHAT I WANT. HE THEN YELLED RACIAL SLURS AND HOMOPHOBIC SLURS AT ME. MY MOTHER HAD TO HOLD MY CHILDREN AS THEY CRYED THERE EYE'S OUT. HE THEN DRUG ME DOWN TO THE 19TH PRECENCT BELMONT AND WESTERN WHERE HE ILLEGALY INTERROGATED ME I TOLD HIM I WAS HUNG OVER HE KEPT GOING. I ASKED FOR A LAWYER HE REFUSED, I ASKED TO USE THE WASHROOM AND HE REFUSED SO I HAD TO TAKE A NO 1 AND NO 2 IN THE CORNER OF INTERROGATION ROOM. HE THEN CHARGED ME WITH A CRIME I DID NOT COMMIT. I LIVE IN A BEATIFUL AREA LINCOLN PARK HIS ACTIONS DISRESPECTED ME, MY FAMILY, MY NEIBORHOOD AND MY FUTURE. HE ALSO WAS THE ONLY PERSON PRESENT THAT LIED TO THE GRAND JURY.

I, L.B. JOSEPH hereby state as follows:

1. I have read the above summary and/or attached statement(s) in its entirety, reviewed it for accuracy and been given an opportunity to make corrections and additions to the statement(s).

2. Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the information set forth in the statement(s) above and/or attached summary are true and correct, except as to any matters therein stated to be on information and belief as to such matters, I certify as aforesaid that I verily believe the same to be true.

L.B. JOSEPH
_____
Print Affiant's Name

_____
Affiant's Signature

11/12/15
Date

S. Warren
_____
Print Witness' Name

S Warren
_____
Witness' Signature

11/12/15
Date

"OFFICIAL SEAL"
S Warren
Notary Public, State of Illinois
My Commission Expires 12/4/2018

CPD-44.126 (Rev. 7/09) English

Attachment No. _____

Complaint Log No. _____



Rham Emanuel

Mayor

Department of Police • City of Chicago

3510 South Michigan Avenue • Chicago, Illinois 60653

Garry F. McCarthy

Superintendent of Police

L.B. Joseph
Cook County Jail
P.O. Box 089002
Chicago, Ill 60608

04 Nov 15

Reference: CL Investigation No. 1077627

Mr. L.B. Joseph;

Please be advised that the Chicago Police Department's Bureau of Internal Affairs is in receipt of your complaint, and will investigate the matter as quickly as possible. Further, be aware that no investigation can be complete without the full co-operation of the complainant.

As of January 1st 2004, Illinois State law 735 ILCS 5/1-109 of the Illinois Code of Civil Procedure mandates that any complaint made against a Sworn Peace Officer in Illinois must be supported by a sworn affidavit. This document is enclosed and will serve as proof that any further statements regarding this investigation are truthful to the best of your knowledge and recollection. This document **MUST be signed by you in addition to being witnessed, and attested to by a Notary Public**. If this document is not received by the Chicago Police Department within ten days after receiving this letter, the investigation may be closed.

Note that a vital part of any investigation is the proper recording of information and evidence. As the complainant, it is your responsibility to provide specific information including dates, times, and locations where the alleged misconduct occurred. Also, any physical evidence (i.e. photos and/or documents) that you have should be supplied to me. Any contact information regarding witnesses should also be provided. Most importantly, I need to interview you regarding your allegations. Arrangements will be made only after a Signed Affidavit has been received.

Please contact me as soon as possible at the following number provided. Be aware that the Chicago Police Department **DOES NOT** accept collect calls. I can be reached at: (312) 745-6310. I can also be reached by mail, at the following address if you choose to write a letter detailing your complaint:

Sgt. J. Hermann
Chicago Police Department
3510 S. Michigan Ave.
Chicago IL. 60653
ATTENTION: Bureau of Internal Affairs



**INDEPENDENT POLICE REVIEW AUTHORITY**

615 W Chicago Avenue
Chicago, IL 60622
(312) 746-3609
Scott M. Ando, Chief Administrator

October 19, 2015
Reference: Log No.1077627

L.B. JOSEPH
P.O. BOX 089002
CHICAGO, IL 60608

Dear L.B. Joseph,

The Independent Police Review Authority ("IPRA") received your information on 16-OCT-2015, and gave it Log Number 1077627. It has been forwarded to the Internal Affairs Division of the Chicago Police Department.

IPRA intakes and registers all complaints against Chicago Police Department members. By ordinance, IPRA investigates only specific categories of complaints. All other complaints are forwarded to the Internal Affairs Division.

For additional information on the status of your complaint, you may contact the Internal Affairs Division at (312) 745-6310.

Sincerely,

Scott M. Ando
Chief Administrator
Independent Police Review Authority

NO NARCOTICS RECOVERED

NO WARRANT IDENTIFIED

*WHICH MEANS THIS WAS AN ILLEGAL ARREST. THIS PAPER EXPOSES THAT THERE WAS NO INVESTIGATIVE ALERTS AND CLEAR SYSTEM AND LEADS RESPONSE. IN LAW AND IN POLICE PROCEDURE IN ORDER TO ARREST A PERSON OR INTERROGATE THEM FOR AN INVESTIGATION THERE HAS TO BE A WARRANT, AN INVESTIGATIVE ALERT, OR A ▓▓▓▓ HIT IN THE LEADS SYSTEM*

**VICTIM/COMPLAINANT**

Name: ▓▓▓▓▓▓
DOB: ▓▓▓▓
Age: ▓▓▓▓
Comments:

Injured? No   Deceased? No
Hospitalized? No
Treated and Released? No

NO ARRESTEE VEHICLE INFORMATION ENTERED

**Confiscated Properties:**
All confiscated properties are recorded in the e-Track System. This system can be queried by the inventory number to retrieve all official court documents related to evidence and/or recovered properties.

PROPERTIES INFORMATION FOR    JOSEPH, Lb,    NOT AVAILABLE IN THE AUTOMATED ARREST SYSTEM.

(The facts for probable cause to arrest AND to substantiate the charges include, but are not limited to, the following)
EVENT #00409 IN SUMMARY. ABOVE OFFENDER PLACED INTO CUSTODY AT 2537 N. HALSTED STREET ▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ BEAT 5311 TRANSPORTED OFFENDER TO AREA NORTH DETECTIVE DIVISION. OFFENDER HAS STATE OF ILLINOIS IDENTIFICATION CARD # 21052085271J. OFFENDER NOT ON PAROLE. HAS NO INVESTIGATIVE ALERTS, CLEAR G.I.P.P. AND 2 DEGREES OF ASSOCIATION PROSECUTION PROGRAM. HAS NO GANG AFFILIATION PER CLEAR SYSTEM AND LEADS RESPONSE. CLEAR BAIL BOND CONDITIONS. PRISONER PERSONAL PROPERTY INVENTORIED UNDER INVENTORY # 13278480. PRISONER JEWELRY INVENTORIED UNDER INVENTORY # 13278483.
SEE WC COMMENTS SECTION FOR ADDITIONAL COMMENTS

*ALL POINTS TO NO PROBABLE CAUSE FOR ARREST*



V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

$500,000 SlANDER, $500,000 DEFEMATION OF CHARACTER, $500,000 LOSS OF WAGES $500,000 EMOTIONAl DISTRESS, $500,000 MENTAl DISTRESS, $500,000 TRUMA TO COMPlAINg WITNESS, $500,000 TRUMA TO CHILDREN, $500,000 PUNITAVE DAMAGES $500,000 COMPENSATIVE DAMAGES, $500,000 LOSS OF WAGES

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  5  day of  4 , 20 16

_L.B._____
(Signature of plaintiff or plaintiffs)

L.B. JOSEPH
(Print name)

20140928082
(I.D. Number)

Cook County Jail
P.O. Box 089002
Chicago, IL 60608
(Address)

6

Revised 9/2007